*In re* IGNACIO GUAL MORALES.

*Número:* AB-94-4          *Resuelto:* 27 diciembre de 1994

Pedro Delgado Hernández, Procurador General, Carlos Lugo
  Fiol, Subprocurador General, e Yvonne Casanova Pelosi,
  Procuradora General Auxiliar, parte querellante.

SALA ESPECIAL integrada por el Juez Presidente Señor Andréu García
  y los Jueces Asociados Señores Negrón García y Hernández
  Denton.

## RESOLUCIÓN

### I

El pasado 28 de octubre concedimos diez (10) días al
abogado Ignacio Gual Morales, bajo apercibimiento de san-
ciones, para que compareciera ante el Procurador General
a exponer su posición en cuanto a la queja presentada en
su contra por el Sr. Axel Ortiz Colón. Fue notificado perso-
nalmente por un Alguacil el 1ro de noviembre.

Mediante Moción de 13 de diciembre, el Procurador Ge-
neral nos informa que el licenciado Gual Morales no ha
cumplido con nuestra orden.

### II

La incomparecencia aludida no nos deja otra alterna-
tiva que *decretar su suspensión temporal del ejercicio de la
abogacía hasta tanto cumpla con nuestra resolución. Se or-
dena al Alguacil que, al diligenciar la presente, proceda a
incautarse de los Protocolos y de la obra notarial para ser*

*entregados al Director de la Oficina de Inspección de Notarías.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*